1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:  STEVEN WAYNE BONILLA            No. 2:25-cv-00344-JAM-CSK

12                                            No. 2:25-cv-00345-JAM-CSK

13                                            No. 2:25-cv-00348-JAM-CSK

14                                            No. 2:25-cv-00350-JAM-CSK

15                                            No. 2:25-cv-00351-JAM-CSK

16                                            No. 2:25-cv-00352-JAM-CSK

17                                            No. 2:25-cv-00355-JAM-CSK

18                                            No. 2:25-cv-00356-JAM-CSK

19                                            No. 2:25-cv-00359-JAM-CSK

20                                            No. 2:25-cv-00366-JAM-CSK

21

22

23                                            **ORDER**

24

25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                            1

1    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4    the Court to open a new case for each attempted new pleading and assign it to the Court for

5    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8    finds they are related to Plaintiff's Alameda County criminal conviction.

9         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00344, 2:25-cv-00345, 2:25-cv-

10   00348, 2:25-cv-00350, 2:25-cv-00351, 2:25-cv-00352, 2:25-cv-00355, 2:25-cv-00356, 2:25-cv-

11   00359 and 2:25-cv-00366 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

12   these cases.  **No further filings will be accepted**.

13

14   Dated: February 12, 2025                    /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
15                                                SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28